**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Cesar DUARTE–AYON, Defendant—
Appellant.**

**No. 02–10110.**

**D.C. No. CR–01–00787–SMM.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2002.*

Decided Nov. 27, 2002.

Before REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Cesar Duarte–Ayon appeals his conviction by guilty plea and sentence for illegal re-entry after deportation in violation of 8 U.S.C. § 1326(a) with an enhancement pursuant to 8 U.S.C. § 1326(b)(2). Duarte–Ayon's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw on the ground that counsel failed to discover any arguable issues on appeal. Duarte–Ayon did not file a pro se supplemental brief. Because our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Duarte–Ayon's waiver of his right to appeal was knowing and voluntary, *United States v. Nunez*, 223 F.3d 956, 958 (9th Cir.2000), we GRANT counsel's motion to withdraw and DISMISS the appeal.

**DISMISSED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.